UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

VLADIMIR ZUK,

                        Plaintiff,

       vs                                   5:07-CV-732

ONONDAGA COUNTY; KEVIN E. WALSH,
Sheriff-Onondaga County Sheriff's Office,
as joint public employer, and in His Official
Capacity; and ESTEBAN GONZALEZ, in
his Official Capacity,

                        Defendants.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

APPEARANCES:                                    OF COUNSEL:

VLADIMIR ZUK
Plaintiff, Pro Se
PO Box 65
Camillus, NY 13031-0065

ONONDAGA COUNTY ATTORNEY'S OFFICE     KAREN ANN BLESKOSKI, ESQ.
Attorneys for Defendants
10th Floor
421 Montgomery Street
Syracuse, NY 13202

DAVID N. HURD,
United States District Judge

## DECISION and ORDER

      The defendants have filed a motion to dismiss plaintiff's amended complaint (Docket No. 35) pursuant to Fed. R. Civ. P. 8, 12(b)(1) and 12(b)(6) (Docket No. 45). Plaintiff opposes (Docket No. 46). The motion was taken on submit.

      All submissions have been reviewed. The material facts alleged in the amended complaint are accepted as true, and since plaintiff is pro se, it will be viewed liberally.

      Therefore, it is

ORDERED, that

1.  Defendants' motion will be GRANTED in part and DENIED in part;

2.  Claims against defendant Kevin E. Walsh as Joint Public Employer are DISMISSED;

2.  The claim under the ADEA (Eighth Cause of Action) is DISMISSED for failure to file a timely complaint with the EEOC;

4.  The claims under the New York State Executive Law (First and Ninth Causes of Action) are DISMISSED for failure to file a timely Notice of Claim;

5.  Plaintiff's claim for punitive damages is DISMISSED;

6.  The remainder of defendants' motion is DENIED; and

7.  Defendants shall file and serve an answer to the Second, Third, Fourth, Fifth, Sixth, Seventh, Tenth, and Eleventh Causes of Action in the Amended Complaint on or before August 4, 2008.

IT IS SO ORDERED.

Dated:   July 21, 2008
         Utica, New York.

_____
United States District Judge