# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

_____

VLADIMIR ZUK, also known as WALTER ZUK

     vs.                                       CASE NUMBER: 5:07-CV-732
                                                                    (GTS/DEP)

ONONDAGA COUNTY; KEVIN E. WALSH,
Sheriff, Onondaga County, in his Official Capacity;
and ESTEBAN GONZALEZ, Captain, Onondaga
County Justice Center, in his Official Capacity,

_____

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:**

That Defendants' Motion for Summary Judgment is GRANTED in its entirety and Plaintiff's Second Amended Complaint is DISMISSED.  Judgment is hereby entered in favor of the Defendants.

That Defendants Vincent Wasilewski, Kevin Brisson, Thomas Metz, Anthony Callisto, Richard Carbery, and Warren Darby who were named in the original Complaint filed on July 13, 2007 were terminated from the docket on July 26, 2007.

All of the above pursuant to the Order of the Honorable United States District Judge Glenn T. Suddaby, dated the 30th day of September, 2010 and by Order of the Honorable Senior United States District Judge Frederick J. Scullin, Jr., dated the 26th day of July, 2007.

DATED: September 30, 2010

*[signature]*
Clerk of Court

                                                     s/ Melissa Ennis
                                                     Melissa Ennis
                                                     Deputy Clerk